UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CARRIE PARK,**

        Plaintiff,

                              Case No. 06-C-337

    **-vs-**

**FIRST NATIONAL COLLECTION BUREAU, INC.,**

        Defendant.

## ORDER

PURSUANT TO THE AGREEMENT OF THE PARTIES:

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice and without further cost to any party, all claims as to the defendant having been resolved.

Dated at Milwaukee, Wisconsin, this 6th day of December, 2006.

                                          **SO ORDERED,**

                                          **s/ Rudolph T. Randa**
                                          **HON. RUDOLPH T. RANDA**
                                          **Chief Judge**